UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CLAUDIA RIDGWAY, *et al.*,<br><br>Defendants. | CASE NO. C17-1490RSM<br><br>MINUTE ORDER DIRECTING RESPONSE TO MOTION FOR RECONSIDERATION |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On February 28, 2018, Plaintiff filed a Motion for Reconsideration asking the Court to reconsider its prior Order granting in part and denying in part Plaintiff's Order for Judgment in Interpleader. Dkts. #40 and #41. The Court has reviewed the Motion for Reconsideration and hereby ORDERS that **no later than March 21, 2018,** Defendant Claudia Ridgway shall file a Response to Plaintiff's Motion for Reconsideration. The response shall not exceed 7 pages in length. No Reply shall be filed. Plaintiff's Motion for Reconsideration (Dkt. #41) shall be RE-NOTED for consideration on March 23, 2018.

DATED this 1 day of March 2018.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
Deputy Clerk

ORDER
PAGE - 1