UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

CLAUDIA RIDGWAY; JOSEPH M. GONZALES; and AMANDA GONZALES and BETHANY KRISTIANSEN, in their individual capacities, and as personal representatives for the ESTATE of JOSEPH B. GONZALES,

    Defendants.

No.: 2:17-cv-01490 RSM

STIPULATION TO DISMISS REMAINING COUNTERCLAIM WITH PREJUDICE AND DISBURSE INTERPLEADED FUNDS

# I. STIPULATION

Plaintiff The Lincoln National Life Insurance Company ("Lincoln National") and Defendant Claudia Ridgway (together, the "Parties") join in this stipulated motion to dismiss Ridgway's counterclaim against Lincoln National with prejudice and without an award of costs or fees to any of the Parties. The dismissal of Ridgway's counterclaim and the Parties' requests for costs and attorney fees will fully resolve this matter.

The Parties further jointly move the Court to disburse the interpleaded funds deposited in the Court's registry. Pursuant to LCR 67(b), the principal sum deposited by

STIPULATION TO DISMISS REMAINING COUNTERCLAIM WITH PREJUDICE AND DISBURSE INTERPLEADED FUNDS
No.: 2:17-cv-01490 RSM

Page 1

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Lincoln National into the Court's registry is $257,295.72.[1]  The Parties respectfully move the Court to direct the clerk to draw a check on these funds, plus all accrued interest, minus any statutory users fees, payable to "Attorney Tom Seguine in Trust for Claudia Ridgway" and mail or deliver the checks to "Attorney Tom Seguine in Trust for Claudia Ridgway."  In accordance with LCR 67(b) Ridgway's counsel, Mr. Seguine, will provide the clerk with the appropriate mailing address and tax identification number, which will not be filed in the record.

## II. ORDER

Based on the Stipulation to Dismiss Remaining Counterclaim with Prejudice and Disburse Interpleaded Funds submitted by Plaintiff The Lincoln National Life Insurance Company ("Lincoln National") and Defendant Claudia Ridgway, the Court hereby GRANTS the Parties' motion and hereby ORDERS that:

(1) Ms. Ridgway's counterclaim against Lincoln National is dismissed with prejudice, and without attorney fees, expenses, or costs as to any party; and

(2) the clerk is authorized and directed to draw a check(s) on the funds deposited in the registry of this Court in the principal amount of $257,295.72 plus all accrued interest, minus any statutory users fees, payable to "Attorney Tom Seguine in Trust for Claudia Ridgway" and mail or deliver the checks to "Attorney Tom Seguine in Trust for Claudia Ridgway," as mutually agreed between the clerk and Mr. Seguine.

Dated this 10 day of April 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Lincoln National deposited the funds totaling $257,295.72 in two payments.  Lincoln National initially deposited a check for $256,785.21, on March 16, 2018.  And Lincoln National deposited a second check for $510.51, on March 30, 2018.  The second check was for the remainder of the interest that had accrued as of the date Lincoln National's original deposit.

STIPULATION TO DISMISS REMAINING COUNTERCLAIM WITH PREJUDICE AND DISBURSE INTERPLEADED FUNDS
No.: 2:17-cv-01490 RSM

Page 2

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Submitted By:

BULLIVANT HOUSER BAILEY PC

By  /s/ Daniel R. Bentson
    Daniel R. Bentson, WSBA #36825
    E-mail: dan.bentson@bullivant.com
    Owen R. Mooney, WSBA #45779
    E-mail: owen.mooney@bullivant.com
    1700 Seventh Ave., Suite 1810
    Seattle, Washington 98101
    206.292.8930

Attorneys for Plaintiff The Lincoln National Life Insurance Company


THOMAS SEGUINE ATTORNEY AT LAW

By  /s/ Thomas E. Seguine
    Thomas S. Seguine, WSBA #17507
    northcascadelegal@gmail.com
    Thomas Seguine
    Attorney at Law
    1023 South 3rd
    Mount Vernon, WA 98273
    Telephone: 360.755.1000

Attorney for Defendant Claudia Ridgway

STIPULATION TO DISMISS REMAINING COUNTERCLAIM WITH PREJUDICE AND DISBURSE INTERPLEADED FUNDS
No.: 2:17-cv-01490 RSM

Page 3

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930